UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

COLETTE CRAAN, ET.AL.,

       PLAINTIFF

vs.                                                          1:08-CV-00221 OWW

UNITED STATES ARMY CORP OF ENGINEERS     NOTICE OF HEARING ON
                                                           DISMISSAL FOR LACK
       DEFENDANT                              OF PROSECUTION

_____/

       YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Oliver W. Wanger, U.S. District Judge, in Courtroom Three of the above-entitled court located at 2500 Tulare Street, Courtroom Three, Fresno, California, on July 7, 2008, at 10:00 AM, for dismissal for lack of prosecution.

       YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed.  Such affidavits or certificates are to be filed at least seven days prior to the hearing.  Failure to comply will result in dismissal of the action and/or other sanctions.

       DATED:  May 30, 2008

                                            VICTORIA MINOR, Clerk

                                  By:
                                     A. Timken, Deputy Clerk