UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

COLETTE CRAAN, ET.AL.              )
                                   )
                                   )
                Plaintiff,         )
                                   )          CV F 08-00221 OWW GSA
        v.                         )
                                   )          ORDER DISMISSING ACTION
UNITED STATES ARMY CORP            )          FOR LACK OF PROSECUTION
OF ENGINEERS                       )
                                   )
                                   )
                Defendant.         )
                                   )
                                   )
_____)

     It appearing that the plaintiff has failed to prosecute this action and has failed to respond to the courts Order To Show Cause;
          IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.


IT IS SO ORDERED.

**Dated:    July 8, 2008**                      **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

1